CAUSE NO. 04-14-0024-CR

# PD-1334-15

MR. DESTYN DAVID FREDERICK §          IN THE COURT OF
[PRO-SE APPELLANT]

FILED IN
COURT OF CRIMINAL APPEALS

NOV 03 2015

Abel Acosta, Clerk

VS.                                    §          CRIMINAL APPEALS

THE STATE OF TEXAS
[APPELLEE]

§          AUSTIN, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 03 2015

Abel Acosta, Clerk

### APPELLANT'S MOTION PLEADING SINGLE-COPY TO FILE HIS PETITION FOR DISCRETIONARY REVIEW PURSUANT TO RULES OF APPELLATE PROCEDURES, RULE 9.3.

TO THE HONORABLE JUDGE(S) OF SAID COURT:

**NOW COMES** Mr. Destyn D. Frederick, TDCJ-ID #1920865, pro-se Appellant styled hereinafter, and respectfully presents this Motion Pleading Single-Copy to file His accompanying PDR pursuant to Rule 9.3 of the Rules of Appllate Procedures. In support hereto, the Appellant shows the following:

### I.

In accords with rules governing the filing of a Petition for Discretionary Reiew, the Appellant is instructed that He must present the Court with eleven (11) copies of His PDR. The Appellant's appellate attorney (Richard E. Langlois), inter-alai, failed to mention this fact to the Appellant before he withdrew from the Appellant's case.

### II.

The Facility where the Apellant resides does not provide avenues for its litigants to use a copier. Thus being the case, and being that the Appellant is a "pro-se" litigant, He ask that this Honorable Court suspend Rule 9.3 and allow Him to file one (1) copy only of His Petition For Discretionary Review.

### PRAYER

**ALL PREMISES CONSIDERED**, the Appellant PRAYS that this Motion is GRANTED and allow Him to file one (1) copy only of His enclosed PDR.

Respectfully submitted,

Mr. Destyn D. Frederick #1920865
The Connally Facilities
899 FM 632
Kenedy, Texas 78119-4516